**[J-70-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BASS PRO OUTDOOR WORLD LLC, | : | No. 8 MAP 2024 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court at No. 1085 MDA |
| | : | 2022 entered on May 24, 2023, |
| v. | : | Reversing and Remanding the |
| | : | Order of the Dauphin County Court |
| | : | of Common Pleas, Civil Division, at |
| HARRISBURG MALL LIMITED | : | No. 2018-CV-06921-CV, entered on |
| PARTNERSHIP, | : | July 8, 2022. |
| | : | |
| Appellant | : | ARGUED:  October 10, 2024 |

**ORDER**

**PER CURIAM**                                  **DECIDED:  October 25, 2024**

AND NOW, this 25th day of October, 2024, the appeal is **DISMISSED** as having been improvidently granted.

Justice Wecht files a dissenting statement.